# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| IN RE LITERARY WORKS IN ELECTRONIC | ) | MDL No. 1379 |
| DATABASES COPYRIGHT LITIGATION | ) | |
| | ) | |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL
## OF REVISED SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE the undersigned counsel will move before the Honorable

George B. Daniels, at a date and time convenient for the Court, in Courtroom 11A, United States

District Court for the Southern District of New York, Daniel Patrick Moynihan United States

Courthouse, 500 Pearl St., New York, New York, 10007 for entry of an Order granting

preliminary approval of the Revised Settlement Agreement.  In support of this motion, plaintiffs

rely on the accompanying memorandum of law and supporting papers.

Dated:  November 22, 2013

 /s/ Michael J. Boni
Michael J. Boni
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Diane S. Rice
Hosie Rice LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

A. J. De Bartolomeo
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Gary Fergus
Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105

Category A/B Counsel

 /s/ Charles Chalmers
Charles Chalmers
Allegiance Litigation
769 Center Boulevard, Suite 134
Fairfax, CA 94930

Category C Counsel

2