IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LITERARY WORKS IN ELECTRONIC DATABASES COPYRIGHT LITIGATION | M.D.L. No. 1379 |

**DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT**

Michael J. Boni hereby declares as follows:

1. I am a member of the law firm Boni & Zack LLC, one of the Class Counsel in this action, and am admitted to the bar of this Court *pro hac vice*. This declaration is submitted in support of Plaintiffs' Motion for Preliminary Settlement Approval.

2. Attached as Exhibit 1 is a true and correct copy of the Revised Settlement Agreement dated November 13, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22d day of November, 2013 in Bala Cynwyd, PA.

/s/ Michael J. Boni
Michael J. Boni