# BONI & ZACK LLC
### ATTORNEYS AT LAW

Michael J. Boni
610.822.0201
mboni@bonizack.com



15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610.822.0200
Facsimile: 610.822.0206
www.bonizack.com

November 26, 2013

**SO ORDERED**

The conference is adjourned to January 22, 2014 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**VIA FACSIMILE**

NOV 26 2013

Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In re Literary Works in Electronic Databases Copyright Litigation*,
      *MDL No. 1379*

Dear Judge Daniels,

I write on behalf of all parties, to request a hearing on plaintiffs' Motion for Preliminary Approval of Revised Settlement. The parties request that the hearing take place on January 22, 2014.

Respectfully yours,

*Michael J. Boni*
Michael J. Boni

cc: Parties' Counsel (by e-mail)