

Proskauer Rose LLP    Eleven Times Square    New York, NY 10036-8299

Charles S. Sims
Member of the Firm
d 212.969.3950
f 212.969.2900
csims@proskauer.com
www.proskauer.com

January 22, 2014

**By Facsimile:  212-805-6737**

Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *In re Literary Works in Electronic Databases Copyright Litigation*, 1:00-md-1379 -GBD

Dear Judge Daniels:

Attached, as represented, is the revised list of "participating publishers" contained in Exhibit A to the proposed Settlement Agreement in this matter. Plaintiffs will substitute this revised Exhibit A prior to posting the Settlement Agreement (including its exhibits) on the official copyrightclassaction.com website.

In addition, since the one defendant (The Gale Group, now known as Cengage Learning, Inc.) which had not yet signed the proposed Settlement Agreement pending bankruptcy court approval has now received that approval and signed, the copy of the Settlement Agreement on that website will include that signature as well.

Very truly yours,

*Charles Sims*

Charles S. Sims
Counsel for Defendant Reed Elsevier, Inc.

cc:  All counsel, by email

**Proskauer»**

Hon. George B. Daniels, District Judge
January 22, 2012
Page 2

*In re Literary Works in Electronic Databases Copyright Litigation –
Revised Settlement Agreement Exhibit A: PARTICIPATING PUBLISHERS*

1   Advance Publications, Inc.
2   ALM Media, LLC
3   Bloomberg L.P.
4   Capital City Press, L.L.C.
5   Daily News, L.P.
6   Dow Jones & Company, Inc.
7   Forbes
8   Freedom Communications, Inc.
9   Gannett Co., Inc.
10  Gruner + Jahr USA Publishing/Gruner + Jahr USA Group, Inc.
11  Hearst Corporation
12  Herald Media Holdings, Inc.
13  Journal Sentinel, Inc.
14  Landmark Media Enterprises, L.L.C.
15  Madison Newspapers, Inc.
16  New Times Media, LLC
17  North Jersey Media Group/Bergen Record Corp./The Record
18  NYP Holdings, Inc.
19  Press-Enterprise Company
20  TEG New Jersey, LLC (f/k/a Journal of Commerce, Inc.)
21  The Atlantic Monthly Group, Inc.
22  The Copley Press, Inc.
23  The Dallas Morning News, Inc.
24  The Economist Intelligence Unit Limited
25  The Economist Newspaper Limited
26  The McClatchy Company
27  The National Journal Group, Inc.
28  The New York Times Company
29  The Providence Journal Company
30  The San Diego Union-Tribune, L.L.C
31  Time Inc.
32  Tribune Publishing Company, LLC
33  U.S. News & World Report, L.P.
34  WP Company LLC d/b/a The Washington Post
35  Aberdeen News Company
36  Forum Communications Company, dba Duluth News Tribune
37  Grand Forks Herald
38  MediaNews Group, Inc.