IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                                    )
IN RE LITERARY WORKS IN ELECTRONIC      )        MDL No. 1379
DATABASES COPYRIGHT LITIGATION             )
_____)

**NOTICE OF A/B COUNSEL'S APPLICATION FOR
(1) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS;
(2) SERVICE AWARDS TO A/B PLAINTIFFS; AND
(3) APPROVAL OF PAYMENT OF ADMINISTRATIVE COSTS**

PLEASE TAKE NOTICE that on June 10, 2014, at 10:00 a.m. or as soon thereafter as counsel can be heard, the undersigned counsel will bring an application before the Honorable George B. Daniels, United States District Judge, in Courtroom 11A of the Daniel Patrick Moynihan United States Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for entry of an order (i) awarding attorneys' fees and reimbursement of expenses incurred by counsel; (ii) approving service awards to representative plaintiffs and estates of deceased former representative plaintiffs; and (iii) approving payment of administrative costs and other settlement-related expenditures.  In support of this application, counsel rely on the following accompanying documents and all other files and records in this action:

(i)     Memorandum Of Law In Support Of A/B Counsel's Application For (1) Award Of Attorneys' Fees And Reimbursement Of Costs; (2) Service Awards To A/B Plaintiffs; And (3) Approval Of Payment Of Administrative Costs;

(ii)    Declaration Of Michael J. Boni On Behalf Of Boni & Zack LLC In Support Of Class Counsel's Application For Attorneys' Fees And Disbursements;

(iii) Declaration Of Robert J. LaRocca On Behalf Of Kohn, Swift & Graf P.C. In Support Of Class Counsel's Application For Attorneys' Fees And Disbursements;

(iv) Declaration Of A. J. De Bartolomeo On Behalf Of Girard Gibbs LLP In Support Of A/B Counsel's Application For Attorneys' Fees And Disbursements;

(v) Declaration Of Diane S. Rice On Behalf Of Hosie Rice LLP (And Predecessor Firms) In Support Of Class Counsel's Application For Attorneys' Fees And Disbursements;

(vi) Declaration Of Gary S. Fergus In Support Of Class Counsel's Application For Attorneys' Fees And Disbursements.

Dated: April 9, 2014

/s/ Michael J. Boni
Michael J. Boni
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

A. J. De Bartolomeo
Girard Gibbs & De Bartolomeo LLP
601 California St., Suite 1400
San Francisco, CA 94108

Diane S. Rice
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111

Gary Fergus
Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105

A/B Counsel