UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re LITERARY WORKS IN ELEC.
DATABASES COPYRIGHT LITIG.

ORDER

00-md-1379 (GBD)

------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    Greenberg Traurig LLP's May 19, 2014 letter application to attend the June 10, 2014 Final Fairness Hearing telephonically is DENIED.

Dated: New York, New York
       May 21, 2014

SO ORDERED:

GEORGE B. DANIELS
United States District Judge