IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
IN RE LITERARY WORKS IN ELECTRONIC          )     MDL No. 1379
DATABASES COPYRIGHT LITIGATION              )
_____)

**NOTICE OF PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF REVISED SETTLEMENT**

PLEASE TAKE NOTICE that on June 10, 2014, at 10:00 a.m. or as soon thereafter as counsel can be heard, the undersigned counsel will bring a motion before the Honorable George B. Daniels, United States District Judge, in Courtroom 11A of the Daniel Patrick Moynihan United States Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for final approval of the proposed revised class settlement in the above-captioned action.  In support of this application, counsel rely on the following accompanying documents and all other files and records in this action:

(i) Memorandum Of Law In Support Of Plaintiffs' Motion For Final Approval Of Revised Settlement;

(ii) Declaration Of Jose C. Fraga Regarding (A) Mailing Of The Notice; (B) Implementation Of Telephone Hotline And Official Settlement Website; And (C) Requests For Exclusion;

(iii) Declaration Of Lael D. Dowd Concerning Implementation Of Class Notification Program;

(iv) Declaration Of Perry S. Carbone On Behalf Of The Garden City Group, Inc. Regarding Certain Class Members;

  (v) Declaration Of Charles Chalmers In Support Of Final Approval Of Revised Settlement.

Dated: June 3, 2014        Respectfully submitted,

               */s/ A. J. De Bartolomeo*

               Michael J. Boni
               Boni & Zack LLC
               15 St. Asaphs Road
               Bala Cynwyd, PA 19004

               A. J. De Bartolomeo
               Girard Gibbs LLP
               601 California St., 14th Floor
               San Francisco, CA 94108

               Diane S. Rice
               Hosie Rice LLP
               Transamerica Pyramid, 34th Floor
               600 Montgomery Street
               San Francisco, CA 94111

               Gary Fergus
               Fergus, A Law Office
               595 Market Street, Suite 2430
               San Francisco, CA 94105

               Category A/B Counsel

               Charles Chalmers
               Allegiance Litigation
               769 Center Boulevard, Suite 134
               Fairfax, CA 94930

               Category C Counsel