IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
                                        )
IN RE LITERARY WORKS IN ELECTRONIC      )     MDL No. 1379
DATABASES COPYRIGHT LITIGATION          )
                                        )
```

### ORDER GRANTING MOTION OF CATEGORY C CLAIMS COUNSEL FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS

This matter is before the Court pursuant to the Motion of Category C Claims Counsel for Award of Attorneys' Fees, Costs and Incentive Awards. Having read and considered Category C Claims Counsel's fee application and supporting papers, and having held a hearing on Category C Claims Counsel's fee application, it is hereby

ORDERED as follows:

1. The sum of $600,000 is hereby approved and awarded to C Counsel, to be applied to (i) his attorneys' fees and reasonable costs; and (ii) special awards to the two C Plaintiffs and eight Former Objectors.

2. Category C Claims Counsel shall be paid on the date and in the manner set forth in the Revised Settlement Agreement.

DATED this _____ day of _____, 2014.

**JUN 10 2014**

_George B. Daniels_
The Honorable George B. Daniels
United States District Judge