IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LITERARY WORKS IN ELECTRONIC DATABASES COPYRIGHT LITIGATION | MDL No. 1379 |

## ORDER GRANTING A/B COUNSEL'S APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS, AND SERVICE AWARDS TO A/B PLAINTIFFS

This matter is before the Court pursuant to the motion of plaintiffs in the above-captioned action ("Action") for an award of attorneys' fees and reimbursement of costs and service awards to A/B Plaintiffs. Having read and considered A/B Counsel's fee application and supporting papers, and the objections thereto, and having held a hearing on A/B Counsel's fee application, it is hereby

ORDERED as follows:

1. The objections are hereby overruled;

2. Attorneys' fees and reimbursement of expenses to A/B Counsel in the total amount of $3,306,209.76 are hereby approved and awarded. Special awards to the nineteen A/B Representative Plaintiffs and the estates of deceased former Representative Plaintiffs Derrick Bell and Andrea Dworkin, in the amount of $2,000 each, are hereby approved and awarded;

3. A/B Counsel shall be paid on the date and in the manner set forth in the Revised Settlement Agreement.

4. A/B Counsel shall allocate plaintiffs' attorneys' fees in the manner set forth in A/B Counsel's fee application.

DATED this _____ JUN 10 2014 _____, 2014.

*George B. Daniels*
The Honorable George B. Daniels
United States District Judge