UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — x

IN RE LITERARY WORKS IN ELECTRONIC          :      1:00-md-01379 (GBD)
DATABASES COPYRIGHT LITIGATION

                                                                               :

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — x

## SECOND MOTION OF EMILY M. BASS
### TO SUPPLEMENT THE RECORD

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Emily M. Bass,

Esq., dated September 12, 2014, together with the Exhibits appended thereto, and all prior

pleadings and proceedings had herein, Emily Bass hereby moves this Court for an order,

pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Rule 10(e) of the Federal Rules

of Appellate Procedure and the Court's supervisory jurisdiction, to supplement the record and

District Court Docket Sheet in this MDL proceeding, as described and in the respects set forth in

the accompanying Declaration.  Movant seeks such other, further and related relief as the Court

deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rules 6.1 and 6.4 and

Fed.R.Civ.P. Rule 6, A/B Counsel are required to serve and file oppositions papers, if any,

by October 2, 2014; and

Movant is required to serve and file reply papers, if any, by October 14, 2014.

DATED:      New York, New York
             September 15, 2014

s/Emily M. Bass

_____

Emily M. Bass, Esq.
Law Offices of Emily M. Bass
551 Fifth Avenue, 28th Floor
New York, N.Y. 10176
Tel.: (212) 260-3645
email: emilybassesq@gmail.com

Movant, Non-Lead Counsel