**CHARLES D. CHALMERS**
ATTORNEY
P.O. Box 159
San Geronimo, CA 94963
Tel 415 860-8134
Fax 801 382-2469

Charles D. Chalmers
chalmerscd@gmail.com

October 27, 2015

Hon. George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York City, New York 10007

Re:   *In re: Literary Works in Electronic Databases Copyright Litigation* MDL 1379

Dear Judge Daniels:

Enclosed with this letter is a fully executed stipulation and proposed order. The stipulation reflects the resolution of a matter I brought before the Court by my letter to you March 15, 2015, Document 88. On March 26, 2015 you ordered the issues referred to Magistrate Judge Fox. There were further filings, and on June 16, 2015 there was telephonic hearing before Judge Fox. We did not at that time have a stipulation but we advised the Judge Fox that we thought we were close to reaching agreement, and as recited in the Stipulation he directed us to submit the Stipulation and Order to you for approval.

Respectfully,

Charles D. Chalmers