Case 1:00-md-01379-GBD-KNF  Document 114-1  Filed 10/25/15  Page 1 of 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 3 0 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

)
IN RE LITERARY WORKS IN ELECTRONIC    )      Case No. 00-md-1379 (GBD) (KNF)
DATABASES COPYRIGHT LITIGATION        )
_____)      Judge: Hon. George B. Daniels

## STIPULATION AND ORDER

During the telephonic hearing before Magistrate Judge Fox held on June 16, 2015,

counsel for the defendants and all counsel for the class agreed on behalf of their clients (the

"Parties") to submit a Stipulation and Order and were directed by the court to submit it to the

Honorable George B. Daniels for approval:

The Parties stipulate as follows:

1.    Six Class members -- David Butler, Franklynn Peterson, Judith K-Turkel, the Estate

of Bert Greene, Barton Mills and Nancy Mills and Kay Grant ("Six Claimants") -- identified by

the claims information they filed in 2005, reported, for some of their works, a list of each

publication publishing that work and the total compensation received from those publications,

not the amount paid by a first or originating publisher. A claim in that form precluded

implementation of the Revised Settlement Agreement paragraph 3.f.  To resolve the issues thus

raised, the parties stipulate that the Claim Administrator will price these claims of the Six

Claimants as follows when initially distributing them to publishers for review.  For each of these

claims, the single claim permissible for the work will be priced at presentment, at the claimant's

option, at (i) the price paid by the first or originating publisher (assuming the claimant has this

information), (ii) the average price, i.e., the result of dividing the total reported compensation by

the number of publishers listed for that work in the claim or (iii) the highest price paid by any

one publisher.  As so priced, each such claim will be presented to a publisher for review and

possible objection pursuant to paragraph 3 of the Claims Administration Memorandum

2.    Where the Six Claimants have not identified for such works an originating publisher, the Claims Administrator shall assign such works for presentment to particular publishers as follows.  If one of the Six Claimants chooses to have a syndicated work priced at the highest amount paid by any one publisher, the claim for that work will be presented to that publisher.  If the claimant can identify a first or originating publisher for the work, the claim will be directed to that publisher at the price paid by that publisher.  In all other instances, the claim will be directed to a publisher selected at random by the Claims Administrator from all those who published the work (randomly to a Participating Publisher if at least one of the publishers is a Participating Publisher, and otherwise randomly among those identified in the claim).

3.    With respect to two of the Six Claimants, Barton Mills and Nancy Mills, counsel for the C Claims, Charles Chalmers, identified on June 12, 2015 certain works only one of which was intended to be submitted as a claim and the remainder of the identified works which were never intended to be submitted as separate claims. The Claims Administrator shall determine the originating publisher for the identified works that that were intended to be submitted as claims pursuant to paragraph 2 above and shall designated the remainder of the identified works as ineligible duplicate claims, which will not be presented to any publisher.

4.    Settlement payments made pursuant to this Stipulation and Order shall be deemed to be paid substantially in accordance with the Revised Settlement Agreement.

Dated: _October 6, 2015_

Michael J. Boni
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Diane S. Rice
Anthony K. Lee
Hosie Rice LLP

2

600 Montgomery Street, 34th Floor
San Francisco, CA 94111
Gary Fergus
Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA  94105

A. J. De Bartolomeo
Gibbs Law Group LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612

*Category A/B Counsel*

Dated: 10-27-15

Charles D. Chalmers
Allegiance Litigation
P.O. Box 159
San Geronimo, CA 94963

*Category C Counsel*

Dated: 10/6/2015

Charles S. Sims
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

*Counsel for Defendant Reed Elsevier Inc.*

Matthew Walch
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

*Counsel for Defendants Dialog LLC, Voyager
Learning Company, and ProQuest LLC*

Ian Ballon
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Counsel for Defendants Knight-Ridder Inc.,
predecessor-in-interest to The McClatchy
Company, Knight Ridder Digital, now known
as McClatchy Interactive West, and
Mediastream, Inc.*

3

Michael Denniston
Bradley, Arant, Boult, Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

*Counsel for Defendant EBSCO Industries,
Inc.*

James F. Rittinger
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY 10169

*Counsel for Defendants Thomson
Corporation, now known as Thomson Reuters
Corporation, Gale Group Inc., now known as
Cengage Learning, Inc., and West Publishing
Corporation d/b/a West Group*

Kenneth Richieri
The New York Times Company
620 8th Avenue, 17th Floor
New York, NY 10018

*Counsel for Defendant The New York Times
Company*

Christopher M. Graham
Verrill Dana LLP
33 Riverside Avenue
Westport, CT 06880

*Counsel for Defendant Newsbank, Inc.*

**IT IS SO ORDERED.**

Dated: OCT 3 0 2015

The Honorable  George B. Daniels
United States District Court Judge

4