UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2019

IN RE LITERARY WORKS IN ELECTRONIC
DATABASES COPYRIGHT LITIGATION

Case No. 1:00-md-01379-GBD-KNF

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that A.J. de Bartolomeo of Tadler Law LLP, counsel of record for Plaintiffs in the above-captioned matter, has changed addresses. The mailing address for the undersigned attorney, A. J. de Bartolomeo, is now:

A.J. de Bartolomeo
Tadler Law LLP
P.O. Box 475847
San Francisco, California 94123

All other contact information remains the same and Ms. de Bartolomeo will continue to represent A-B Plaintiffs as Co-Lead Class Counsel.

Dated: September 2, 2019

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 0 4 2019

**TADLER LAW LLP**

/s/ *A.J. de Bartolomeo*
A.J. de Bartolomeo
Tadler Law LLP
P.O. Box 475847
San Francisco, California 94123
Phone: (929) 207-3639
Fax: (212) 273-4375
ajd@tadlerlaw.com

*A-B Plaintiffs Co-Lead Class Counsel*